| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  |
|---|---|---|
| LEONA A. FLETCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:24-CV-00059-MAC-ZJH |
| | § | |
| JASPER POLICE DEPARTMENT, | § | |
| GERALD HALL, CHIEF OF POLICE, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 16, 2024, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. On September 13, 2024, Judge Hawthorn issued a Report and Recommendation, which recommended dismissing the case for failure to prosecute.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 4) is **ADOPTED**. Accordingly, the present action is **DISMISSED**.

SIGNED at Beaumont, Texas, this 29th day of October, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE